IVES & MASON, attorneys for defendant in error.

80a 241
80  529

## West and South Towns St. R. R. Co. v. Edward B. Mc-Key, Receiver, etc.

### Appeal from the Circuit Court of Cook County.

This case was affirmed because no exception to the entry of judgment appeared in the abstract, upon authority of Gibler v. City of Mattoon, 167 Ill. 18, and R. R. Co. v. O'Keefe, 154 Ill. 510, and other cases cited in opinion. Opinion filed February 9, 1899.

LYMAN M. PAINE, attorney for appellant.

NEWMAN, NORTHRUP & LEVINSON, attorneys for appellee.

## Adolph G. Wiese v. Wirth, Gutman & Co.

### Appeal from the Circuit Court of Cook County.

MR. PRESIDING JUSTICE FREEMAN delivered the opinion of the court.

, The controversy is purely one of fact. The case was heard by the court, a jury having been waived. There being evidence to sustain the finding of the trial court upon the questions of fact, it will be presumed to have been correct. Doyle v. Overby, 75 Ill. App. 634; Casey v. Vandeventer, 76 Ill. App. 628. Affirmed. Opinion filed February 14, 1899.

HENRY C. RUSTON, attorney for appellant.

STEELE & ROBERTS, attorneys for appellees.